**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

| | | |
|---|---|---|
| JEAN DUARTE, | ) | 02:05-CV-00932-LRH (LRL) |
| | ) | |
|      Plaintiff, | ) | **MINUTE ORDER** |
| | ) | |
|   vs. | ) | March 1, 2006 |
| | ) | |
| SBC MEDICAL & GROUP LIFE INSURANCE | ) | |
| PLAN CUSTOMCARE, etc., | ) | |
| | ) | |
|      Defendant. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER     REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's counsel notified the court with its February 2, 2006, letter that the parties had settled the case in its entirety and that a dismissal document would be filed with the court within the following fourteen (14) or so days.  No dismissal document has been filed with the court.

     The parties are directed to have the dismissal documents on file by Friday, March 24, 2006.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk